United States District Court
Southern District of New York

| | |
|---|---|
| W.W. o/b/o D.W., <br><br>   *Plaintiff*, <br><br> -against- <br><br>NEW YORK CITY DEPARTMENT OF EDUCATION, <br><br>   *Defendant*. | Civil No.: 1:15-cv-10152 <br><br> **Notice of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i)** |

  This attorneys' fees action under the Individuals with Disabilities Education Act, *see* 20 U.S.C. § 1415(i)(3)(B)(i), was initiated via complaint filed December 30, 2015. [D.E. 1.]

  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the plaintiff, W.W., through his attorneys, Partnership for Children's Rights, hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against the defendant, the New York City Department of Education.

Dated:  February 10, 2016
     New York, New York

              s/ David L. Goodwin
              David L. Goodwin, Esq.
              PARTNERSHIP FOR CHILDREN'S RIGHTS
              Attorney for Plaintiff
              271 Madison Avenue, 17th Floor
              New York, NY 10016
              (212) 683-7999 ext. 228
              Fax: (212) 683-5544
              dgoodwin@pfcr.org